# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **AMBLING UNIVERSITY DEVELOPMENT GROUP, LLC,**<br><br>   Plaintiff,<br><br>v.<br><br>**TUSKEGEE UNIVERSITY**,<br><br>   Defendant. | Civil Action No. 7:14-CV-47 (HL) |

## ORDER

Before the Court are Defendant's Motion to Dismiss Plaintiff's Complaint and/or Motion to Transfer Venue (Doc. 3) and the parties' Consent Motion to Transfer Case to the U.S. District Court for the Middle District of Alabama, Eastern Division (Doc. 6). The consent motion to transfer the case is granted, which thereby renders moot Defendant's motion to dismiss the Complaint. The clerk's office is directed to transfer this case to the United States District Court for the Middle District of Alabama, Eastern Division.

**SO ORDERED**, this the 20th day of May, 2014.

*s/ Hugh Lawson*_____
**HUGH LAWSON, SENIOR JUDGE**

scr